IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:21-cv-00126-FL

| | |
|---|---|
| CLEMMONS FARMING, INC., JODY E. CLEMMONS, and wife, LAUREN B. CLEMMONS,<br><br>Plaintiffs,<br><br>v.<br><br>SILVEUS SOUTHEAST, LLC, and JAMES M. CARROLL, JR.,<br><br>Defendants. | ORDER GRANTING MOTION TO BE EXCUSED FROM ATTENDING THE SETTLEMENT CONFERENCE IN PERSON |

This matter is before the Court pursuant to Defendants' motion to excuse James M. Carroll, Jr. from attending the settlement conference in person on May 1, 2024. Finding good cause shown, the Court grants Defendants' motion [DE #62] and ORDERS that Mr. Carroll shall be permitted to appear via video teleconferencing ("VTC"). No later than April 29, 2024, counsel for Defendants shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

SO ORDERED this 26th day of April 2024.

_____
HON. KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE